IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

MARSHALL WILLIAMS, JR.                                              PLAINTIFF

v.                              Civil No. 06-4107

MILLER COUNTY JAIL, DR.
STRINGFELLOW, and NURSE
PENNY                                                               DEFENDANTS

### ORDER

Plaintiff has submitted for filing in this district a civil rights complaint pursuant to 42 U.S.C. § 1983. We find the complaint should be provisionally filed prior to a determination regarding plaintiff's status as a pauper and service of process. The United States District Clerk is hereby directed to file the complaint.

Plaintiff's in forma pauperis application has been returned without filing for certification regarding any inmate funds being held in his name. Plaintiff is give up to and including December 15, 2006, in which to have the appropriate officer complete the certification and return the application to this court for review and filing. **Should plaintiff fail to return the application within the required period of time, his complaint will become subject to summary dismissal for failure to obey a court order.**

IT IS SO ORDERED this 15th day of November 2006.

U.S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED
NOV 17 2006
CHRIS R. JOHNSON, CLERK
BY
DEPUTY CLERK

Beverly Stites Jones
_____
HON. BEVERLY STITES JONES
UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)