IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

MARSHALL WILLIAMS, JR.                                                                    PLAINTIFF

        v.                         Civil No.  4:06-cv-4107

DR. STINGFELLOW; NURSE PENNY;
and WARDEN MIKE GRIFFIN                                                               DEFENDANTS

### REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE

Marshall Williams, Jr. filed this civil rights action on October 2, 2006. He proceeds pro se and *in forma pauperis*. The named Defendants were properly served and an answer was filed on April 3, 2007 by Defendant Stringfellow. (Doc. 16). On May 23, 2007 (Doc. 22) Defendants Penny and Griffin filed an answer. The Defendants Penny and Griffin filed a Motion to Dismiss on September 18, 2007. (Doc. 25). The Motion for Summary Judgment was referred to the undersigned for a report and recommendation.

### Discussion

When he filed the action, plaintiff was incarcerated at the Miller County Jail. (Doc. 1). Mail was returned as undeliverable on March 5, 2007 and March 6, 2007. Plaintiff filed a change of address notice on March 7, 2007 and March 12, 2007. Plaintiff has not notified the court of any further changes in address, and mail sent to the most recently provided address has not be returned to the Court.[1]

On August 10, 2007, Defendants Griffin and Penny filed a Motion to Compel (Doc. 23) regarding discovery requests that had been sent to the Plaintiff. The Defendants stated Plaintiff had

---

[1] According to information available on the Arkansas JusticeXchange website, www.justicexchange.com, Plaintiff's current custody status is unknown.

not returned the discovery requests, nor had he responded to a letter sent on July 24, 2006 requesting return of discovery.  Plaintiff did not respond to Defendant's Motion, and on August 31, 2007(Doc. 24), this Court granted the Motion to Compel.  Plaintiff was directed to provide the required responses by 5:00 p.m. on September 17, 2007.

On September 18, 2007, Defendants Griffin and Penny filed a Motion to Dismiss (Doc. 25), stating they have still received no discovery or other correspondence from Plaintiff.  No mail has been returned as undeliverable or refused.  Plaintiff has failed to comply with the Order compelling discovery.

I therefore recommend that this case be dismissed based on plaintiff's failure to obey the orders of the court and his failure to prosecute this action.  Fed. R. Civ. P. 41.  **The parties have ten days from receipt of the report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1).  The failure to file timely objections may result in waiver of the right to appeal questions of fact.  The parties are reminded that objections must be both timely and specific to trigger de novo review by the district court.**

DATED this 5th day of October 2007.

    /s/ Barry A.  Bryant
HON.  BARRY A.  BRYANT
UNITED STATES MAGISTRATE JUDGE