IN THE UNITED STATES DISTRICT COURT
WESTERN DIVISION OF ARKANSAS
TEXARKANA DIVISION

MARSHALL WILLIAMS, JR.                                                          PLAINTIFF

VS.                              Civil No. 06-CV-4107

DR. STRINGFELLOW; NURSE PENNY;
and WARDEN MIKE GRIFFIN                                                      DEFENDANTS

## ORDER

    Now on this 30th day of October, 2007, comes on for consideration the proposed findings and recommendations filed herein on October 5, 2007, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas.  Ten (10) days having passed without objections being filed by the parties, the court hereby adopts in toto the findings and recommendations.

    Accordingly, the court finds that this case should be and is hereby dismissed based on plaintiff's failure to obey the orders of the court and his failure to prosecute this action. Fed. R. Civ. P. 41.

    IT IS SO ORDERED.

/s/ Harry F. Barnes
**HARRY F. BARNES**
**U.S. DISTRICT JUDGE**